# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KELLI LEIGH GEARY**                                                              **PLAINTIFF**

**V.**                                **NO. 4:19-CV-115-JM-PSH**

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Plaintiff Kelli Leigh Geary's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, Andrew Saul became Commissioner of the Social Security Administration. He is substituted, therefore, as the Defendant. FED. R. CIV. P. 25(d).