# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KELLI LEIGH GEARY**                                                                           PLAINTIFF

V.                                          NO. 4:19-CV-115-JM-PSH

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, Andrew Saul became Commissioner of the Social Security Administration. He is substituted, therefore, as the Defendant. FED. R. CIV. P. 25(d).